George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Joy Grigsby*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joy Grigsby, | Case No.: 2:21-cv-01762-APG-VCF |
| Plaintiff, | **Stipulation of dismissal of Plaintiff's FDCPA claim with prejudice and to amend her complaint** |
| v. | |
| Navient Solutions, LLC, | |
| Defendant. | |

STIPULATION — - 1 -

Pursuant to Rules 41(a) and 15(a)(2) of the Federal Rules of Civil Procedure, Joy Grigsby and Navient Solutions, LLC stipulate to dismiss only Plaintiff's FDCPA claim against Navient Solutions, LLC with prejudice and to amend Plaintiff's complaint by December 9, 2021. Therefore, the motion to dismiss filed by Navient Solutions, LLC is now moot; and, all corresponding deadlines may be taken off calendar.

Dated: November 9, 2021.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Joy Grigsby*

**SPENCER FANE LLP**

/s/ Jessica Chong
Jessica Chong, Esq.
300 S. 4th St. Suite 950
Las Vegas, NV 89101
*Counsel for Navient Solutions, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: November 10, 2021

STIPULATION - 2 -