George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Joy Grigsby*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joy Grigsby, | Case No.: 2:21-cv-01762-APG-VCF |
| Plaintiff, | **Stipulation of dismissal of Navient Solutions, LLC with prejudice** |
| v. | |
| Navient Solutions, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Joy Grigsby and Navient Solutions, LLC stipulate to dismiss Plaintiff's claims against Navient Solutions, LLC with prejudice.

///

///

///

---

STIPULATION                                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 14, 2022.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Joy Grigsby*

**Spencer Fane LLP**

/s/ Jessica Chong
Jessica E. Chong, Esq.
300 S. 4th St. Suite 950
Las Vegas, NV 89101
*Counsel for Navient Solutions, LLC*

IT IS SO ORDERED:

_____

UNITES STATES DISTRICT JUDGE

DATED: March 17, 2022